**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOSPITALITY PROPERTIES REIT, INC., *et al.*, | Case No. 26-80071 (SGJ) |
| Debtors.[1] | (Joint Administration Requested)<br>(Emergency Hearing Requested) |

**AFFIDAVIT OF SERVICE**

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on October 4, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Emergency Motion for Entry of an Order Directing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 2]**
- **Notice of Designation as Complex Chapter 11 Bankruptcy Case [Docket No. 3]**
- **Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix, (B) File a Consolidated List of 20 Largest Unsecured Creditors, and (C) Redact Certain Personal Identification Information; (II) Approving Form and Manner of Notice of Commencement; and (III) Granting Related Relief [Docket No. 4]**
- **Emergency Motion for Entry of an Order (I) Enforcing and Confirming Or, Alternatively, Extending the Automatic Stay with Respect to Certain Non-Debtor Entities; and (II) Granting Related Relief [Docket No. 5]**
- **Declaration of Alan Tantleff in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 6]**
- **Notice of Filing of First Day Motions and Emergency Electronic Hearing [Docket No. 7]**
- **Debtors' Witness and Exhibit List for October 5, 2026 Emergency First Day Hearing [Docket No. 8]**
- **Notice of Agenda for First Day Hearings on October 5, 2026, at 11:30 A.M. (Central Time) [Docket No. 9]**

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/AHPREIT. The location of the Debtors' corporate headquarters is: 14643 Dallas Parkway, Suite 970, Dallas, Texas 75254.

Dated: October 5, 2026

Darleen Sahagun
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California }
{ } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 5th day of October, 2026 by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2547598
My Comm. Expires Mar 11, 2030

**EXHIBIT A**

**EXHIBIT A**

**Master Service List**

| Description | Creditor | Address | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Core Parties | Greenberg Traurig | Corey A. Tessler | 1 Vanderbilt Ave | New York, NY 10017-3978 | Corey.Tessler@gtlaw.com | Email |
| Secured Creditors | Kilpatrick Townsend & Stockton LLP | Mark Palmer | 2001 Ross Avenue, Suite 4400 | Dallas, TX 75201 | MPalmer@ktslaw.com | Email |
| Core Parties | Office of the Attorney General | Attn: Tim Griffin | 323 Center St, Ste 200 | Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| 30 Largest | Pah Management | WL "Perch" Nelson | 14643 Dallas Pkwy, Ste 970 | Dallas, TX 75254 | perch.nelson@pahmgt.com | Email |
| Secured Creditors | Société Générale | Attn: COO – CM Loan Origination | 245 Park Ave | New York, NY 10167 | US-Glfi-Abp-Cmbs-Notices@sgcib.com | Email |
| Core Parties | United States Trustee | 1100 Commerce St, Rm 976 | Dallas, TX 75202 | | Elizabeth.A.Young@usdoj.gov | Email |