CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 5, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 26-80071 (SGJ)** |
| | § | |
| **AMERICAN HOSPITALITY** | § | **(Chapter 11)** |
| **PROPERTIES REIT, INC., *et al.*,** | § | |
| | § | |
| **Debtors.[1]** | § | **(Joint Administration Requested)** |
| | § | |
| | § | **Re: Dkt. No. 4** |

**ORDER (I) AUTHORIZING THE DEBTORS TO (A) FILE A CONSOLIDATED CREDITOR MATRIX, (B) FILE A CONSOLIDATED LIST OF 20 LARGEST UNSECURED CREDITORS, AND (C) REDACT CERTAIN PERSONAL IDENTIFICATION INFORMATION; (II) APPROVING FORM AND MANNER OF NOTICE OF COMMENCEMENT; AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "***Motion***")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "***Debtors***") for entry of an order (this "***Order***") (i) authorizing the

---

1 The Debtors in these Chapter 11 Cases (as defined herein) and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/AHPREIT. The location of the Debtors' corporate headquarters is: 14643 Dallas Parkway, Suite 970, Dallas, Texas 75254.

2 Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

Debtors to (a) file a consolidated Creditor Matrix in lieu of submitting separate mailing matrices for each Debtor, (b) file a consolidated list of the Debtors' 20 largest unsecured creditors in lieu of filing separate lists for each Debtor, and (c) redact certain personal identification information; (ii) approving the form and manner of the notice of commencement of these chapter 11 cases; and (iii) granting related relief, all as more fully set forth in the Motion and in the First Day Declaration; and the Court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors and their respective estates, creditors, and other parties in interest; and the Court having found that proper and adequate notice of the Motion and hearing thereon has been given and that no other or further notice is necessary; and the Court having found that good and sufficient cause exists for the granting of the relief requested in the Motion after considering the Motion and all of the proceedings before the Court in connection with the Motion, it is HEREBY ORDERED THAT:

1. The Debtors are authorized to file a consolidated list of creditors.

2. The Debtors are authorized to file a single consolidated list of their top 20 unsecured creditors.

3. The Debtors are authorized to redact address information of employees from any list of creditors and the Debtors' list of equity holders; provided, however, that the Debtors shall provide an unredacted version of the list of creditors to the U.S. Trustee, any official committee of unsecured creditors appointed in these chapter 11 cases, and the Court. A copy of this Order shall

be attached to the unredacted version of the matrix and the unredacted version of the matrix shall include a header, or any other reasonable notice, with language putting the party in interest on notice of this Court's Order and the redacted nature of the publicly filed document.

4. The Debtors are authorized to serve the Notice of Commencement, substantially in the form attached hereto as **Annex A**, on all parties listed on the Creditor Matrix. Service of the Notice of Commencement shall be deemed adequate and sufficient notice of (i) the commencement of the Debtors' chapter 11 cases and (ii) scheduling of the Section 341 Meeting.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. Notwithstanding the relief granted herein or actions taken hereunder, nothing contained in the Motion or this Order or any payment made pursuant to this Order shall constitute, nor is it intended to constitute, an implication or admission as to the validity or priority of any claim or lien against the Debtors, a waiver of the Debtors', or any party in interest's, rights to subsequently dispute such claim or lien, a promise or requirement to pay any claim, an implication or admission that any particular claim is of a type specified or defined in the Motion or any proposed order, a waiver of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law, or the assumption or adoption of any agreement, contract, or lease under section 365 of the Bankruptcy Code.

7. The Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**# # # END OF ORDER # # #**

**Order submitted by:**

**VINSON & ELKINS LLP**

Bradley R. Foxman (Texas Bar No. 24065243)
William L. Wallander (Texas Bar No. 20780750)
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: 214.220.7700
Fax: 214.999.7787
bfoxman@velaw.com
bwallander@velaw.com

- and -

George R. Howard (*pro hac vice* pending)
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel: 212.237.0000
Fax: 212.237.0100
ghoward@velaw.com

**PROPOSED ATTORNEYS FOR**
**THE DEBTORS AND DEBTORS IN POSSESSION**

# ANNEX A

## Notice of Commencement

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | American Hospitality Properties REIT, Inc., et. al. (Name) | EIN | 83-2386 94 |
| United States Bankruptcy Court for the: Northern District of Texas (State) | | [Date case filed for chapter 11 | 10/04/2026 MM / DD / YYYY OR |
| Case number: | 26-80071 (SGJ) | [Date case filed in chapter _____ | MM / DD / YYYY |
| | | Date case converted to chapter 11 | _______] MM / DD / YYYY |

# Official Form 309F1 (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case

**10/20**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | See Annex B. | |
| **2. All other names used in the last 8 years** | See Annex B. | |
| **3. Address** | See Annex B. | |
| **4. Debtor's attorney** Name and address | Bradley R. Foxman, William L. Wallander, & George R. Howard<br>VINSON & ELKINS LLP 2001 Ross Avenue, Suite 3900 Dallas, TX 75201 | Contact phone 214.220.7700<br>Email bfoxman@velaw.com; bwallander@velaw.com; ghoward@velaw.com |
| **5. Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Hours open 8:30 a.m. - 4:30 p.m. (CT)<br>Contact phone (214) 753-2000 |
| **6. Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | November 12, 2026 (Date) at 1:30 p.m. (CT) (Time)<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: Toll free number: 888-330-1716<br>Alternate number: 713-353-7024 Participant<br>Participant Code: 1538218 |

**For more information, see page 2 ►**

**7. Proof of claim deadline**

**Deadline for filing proof of claim:** [Not yet set. If a deadline is set, the court will send you another notice.] or

[date, if set by the court)]

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:

- your claim is designated as *disputed*, *contingent*, or *unliquidated*;
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**8. Exception to discharge deadline**

The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline.

If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.

**Deadline for filing the complaint:** To be determined.

**9. Creditors with a foreign address**

If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**10. Filing a Chapter 11 bankruptcy case**

Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.

**11. Discharge of debts**

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

# ANNEX B

## List of Debtors

| No. | Debtor Name | Former Name | Address | EIN # |
|---|---|---|---|---|
| **1** | American Hospitality Properties REIT, Inc. | **N/A** | 14643 Dallas Parkway, Suite 970 Dallas, TX 75254 | 83-2386947 |
| **2** | American Hospitality Properties REIT II, Inc. | **N/A** | 14643 Dallas Parkway, Suite 970 Dallas, TX 75254 | 92-2883234 |
| **3** | PAH Charlotte Hospitality JV, LLC | **N/A** | 14643 Dallas Parkway, Suite 970 Dallas, TX 75254 | 47-4004405 |
| **4** | PAH Charlotte JV, LLC | **N/A** | 14643 Dallas Parkway, Suite 970 Dallas, TX 75254 | 47-4013478 |
| **5** | PAH Charlotte LLC | **N/A** | 14643 Dallas Parkway, Suite 970 Dallas, TX 75254 | 47-3924721 |
| **6** | AHP Master Lease, LLC | **N/A** | 14643 Dallas Parkway, Suite 970 Dallas, TX 75254 | 83-3589345 |
| **7** | AHP RI Cape Canaveral, LLC | **N/A** | 14643 Dallas Parkway, Suite 970 Dallas, TX 75254 | 83-3401071 |
| **8** | AHP REIT Port B LLC | **N/A** | 14643 Dallas Parkway, Suite 970 Dallas, TX 75254 | 41-4835874 |
| **9** | Lakemore-Phoenix Investment Platform B, LLC | **N/A** | 14643 Dallas Parkway, Suite 970 Dallas, TX 75254 | 82-1365426 |
| **10** | AHP LP7 FT Meyers, LLC | **N/A** | 14643 Dallas Parkway, Suite 970 Dallas, TX 75254 | 82-1270656 |
| **11** | AHP LP7 Bentonville, LLC | **N/A** | 14643 Dallas Parkway, Suite 970 Dallas, TX 75254 | 82-1312989 |
| **12** | AHP LP7 CY Baton Rouge, LLC | **N/A** | 14643 Dallas Parkway, Suite 970 Dallas, TX 75254 | 82-1270980 |
| **13** | AHP LP7 RI Baton Rouge, LLC | **N/A** | 14643 Dallas Parkway, Suite 970 Dallas, TX 75254 | 82-1290185 |
| **14** | AHP LP7 Jonesboro, LLC | **N/A** | 14643 Dallas Parkway, Suite 970 Dallas, TX 75254 | 82-1271139 |
| **15** | AHP LP7 Fayetteville, LLC | **N/A** | 14643 Dallas Parkway, Suite 970 Dallas, TX 75254 | 82-1290371 |
| **16** | AHP LP7 Metairie, LLC | **N/A** | 14643 Dallas Parkway, Suite 970 Dallas, TX 75254 | 82-1290518 |