BTXN 208 (rev. 04/26)

IN RE: American Hospitality Properties REIT, Inc.

DEBTOR

***COURT ADMITTED EXHIBITS***

Case # 26−80071−sgj11

October 5, 2026
***HEARING DATE***

Various First (1st) Day Motions
***HEARING TYPE***

Stacey G Jernigan
***JUDGE PRESIDING***

Michael Edmond
***REPORTED BY***

| MOVANT/RESPONDENT | ATTORNEY INFORMATION | EXHIBITS |
|---|---|---|
| American Hospitality Properties REIT, Inc. | William L. Wallander & Bradley R. Foxman | Exhibit #1 − Declaration of Alan Tantleff |
| American Hospitality Properties REIT, Inc. | William L. Wallander & Bradley R. Foxman | Exhibit #4 − Loan Agreement, dated August 16, 2018, by and among AHP FT Wayne Inn, LLC, AHP FT Wayne Suites, LLC and Societe Generale |
| American Hospitality Properties REIT, Inc. | William L. Wallander & Bradley R. Foxman | Exhibit #5 − Guaranty of Recourse Obligations made by American Hospitality Properties Fund III, LLC and William L. Nelson in favor of Society Generale, dated as of August 16, 2018 |
| American Hospitality Properties REIT, Inc. | William L. Wallander & Bradley R. Foxman | Exhibit #7 − Sale−Purchase Agreement among AHP PHX USB 3 LLC and AIP CB IV LTD and American Hospitality Properties REIT, Inc., dated May 31, 2023 |
| American Hospitality Properties REIT, Inc. | William L. Wallander & Bradley R. Foxman | Exhibit #8 − Assignment and Assumption of Sale−Purchase Agreement between American Hospitality Properties REIT, Inc., and William L. Nelson, dated June 1, 2023 |
| American Hospitality Properties REIT, Inc. | William L. Wallander & Bradley R. Foxman | Exhibit #9 − Assignment of Certain Economic Interests, dated as of March 31, 2025 |
| American Hospitality Properties REIT, Inc. | William L. Wallander & Bradley R. Foxman | Exhibit #10 − Exchangeable Promissory Note Agreement, dated December 19, 2025 |