# UNITED STATES BANKRUPTCY COURT



## TEXAS NORTHERN BANKRUPTCY

## PDF FILE WITH AUDIO FILE ATTACHMENT

26-80071

American Hospitality Properties REIT, Inc.

---

| | |
|---|---|
| Case Type : | bk |
| Case Number : | 26-80071 |
| Case Title : | American Hospitality Properties REIT, Inc. |
| Audio Date\Time : | 10/5/2026 11:36:33 AM |
| Audio File Name : | 26-80071.mp3 |
| Audio File Size : | 23954 KB |
| Audio Run Time : | [00:51:06] (hh:mm:ss) |

---

**Help Using this File**

An audio file is embedded as an attachment in this PDF Document. To listen to the audio file, download this PDF to your desktop first. Once the PDF file is on your desktop, open it and click the Attachments tab or the Paper Clip icon, located in the top left corner of the Adobe program. Then, right click the audio file and click Save Audio. More information about our audio files can be found on the Attorney Home Page.

**MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.**

**This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**