Craig Solomon Ganz (TX Bar No. 24127203)
ganzc@ballardspahr.com
Joel F. Newell (TX Bar No. 24137409)
newellj@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004
Telephone: (602) 798-5400
Facsimile: (602) 798-5595

*Attorneys for Spirit Realty, LP*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 26-80071-sgj** |
| | § | |
| **American Hospitality Properties REIT, Inc., et al.,**[1] | § | **Chapter 11** |
| | § | |
| | § | |
| | § | **Jointly Administered** |
| **Debtors.** | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE pursuant to Bankruptcy Rules 2002(g), 2002(i), 3017, and 9010 and Section 1109 (b) of the Bankruptcy Code, that the law firm of Ballard Spahr LLP gives notice of its entry of appearance on behalf of Spirit Realty, LP (the "Landlord").

NOTICE IS FURTHER GIVEN that all notices given or required to be given in the above-captioned case be served upon Craig Solomon Ganz, Esq., and Joel Newell, Esq. at the following mailing address, electronic e-mail address and facsimile number:

[1] The Debtors in these Chapter 11 Cases (as defined herein) and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/AHPREIT. The location of the Debtors' corporate headquarters is: 14643 Dallas Parkway, Suite 970, Dallas, Texas 75254.

Craig Solomon Ganz, Esq.
Joel F. Newell, Esq.
Ballard Spahr LLP
1 E. Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595
E-mail: ganzc@ballardspahr.com
E-mail: newellj@ballardspahr.com

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise, that affect the captioned adversary proceedings.

NOTICE IS FURTHER GIVEN that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Landlord to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

/ / /

/ / /

/ / /

DATED: October 6, 2026

Respectfully submitted,

By: */s/ Joel F. Newell*

Craig Solomon (TX Bar No. 24127203)
Joel F. Newell (TX Bar No. 24137409)
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Telephone: 602-798-5400
Facsimile: 602-798-5595
ganzc@ballardspahr.com
newellj@ballardspahr.com

*Attorneys for Spirit Realty, LP*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2026, a true and correct copy of the above and foregoing was filed electronically, a notice was served via the court's CM/ECF system on all parties entering an appearance and requesting such notice in this case.

*/s/ Joel F. Newell*
Joel F. Newell, Esq.