Bradley R. Foxman (Texas Bar No. 24065243)
William L. Wallander (Texas Bar No. 20780750)
**VINSON & ELKINS LLP**
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: 214.220.7700
Fax: 214.999.7787
bfoxman@velaw.com
bwallander@velaw.com

George R. Howard (admitted *pro hac vice*)
**VINSON & ELKINS LLP**
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel: 212.237.0000
Fax: 212.237.0100
ghoward@velaw.com

**PROPOSED ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 26-80071 (SGJ)** |
| | § | |
| **AMERICAN HOSPITALITY PROPERTIES REIT, INC., *et al.*,** | § | **(Chapter 11)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

# NOTICE OF FINAL HEARING REGARDING RELIEF REQUESTED IN ADDITIONAL FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that that a hearing (the "***Hearing***") has been scheduled on Thursday, October 29, 2026 at 9:30 a.m. (Central Time) before the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "***Court***") regarding entry of final orders for the relief requested in the following motions:

1. Emergency Motion for Entry of a Final Order (I) Authorizing the Debtors to (A) Pay Prepetition and Postpetition Wages of Hotel Employees; (B) Continue Their Prepetition Hotel Insurance Coverage; (C) Pay Other Hotel Expenses; and (II) Granting Related Relief [Docket No. 43];

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/AHPREIT. The location of the Debtors' corporate headquarters is: 14643 Dallas Parkway, Suite 970, Dallas, Texas 75254.

2. Emergency Motion for Entry of a Final Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Engage in Intercompany Transactions, and (II) Granting Related Relief [Docket No. 44];

3. Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing on the Motion, and (IV) Granting Related Relief [Docket No. 45];

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be hybrid and any parties who wish to participate in the Hearing may do so either in person at the United States Bankruptcy Court for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Courtroom #1, Dallas, TX 75242, or virtually via WebEx by visiting the WebEx hearing link on the Court's Hearing Dates and Calendar webpage at the following link: https://us-courts.webex.com/meet/jerniga. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1-650-479-3207. The meeting code is 2304 154 2638.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Chief Judge Jernigan's homepage: https://www.txnb.uscourts.gov/electronic-appearances-5. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that copies of all motions can be found on the docket of Case No. 26-80071 (SGJ) in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, and can be downloaded free of charge from the website of the Debtors' proposed claims and noticing agent, Omni Agent Solutions, Inc. ("***Omni***"), at https://omniagentsolutions.com/AHPREIT.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice other than an announcement of the adjourned date(s) in open court, at

the Hearing, or by an appropriate filing with the Court, and a notice of such adjourned date(s) will be filed on the docket in these chapter 11 cases and available on the electronic case filing docket and on Omni's website at: https://omniagentsolutions.com/AHPREIT.

Dated: October 15, 2026
Dallas, Texas

*<u>/s/ Bradley R. Foxman</u>*

**VINSON & ELKINS LLP**
Bradley R. Foxman (Texas Bar No. 24065243)
William L. Wallander (Texas Bar No. 20780750)
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: 214.220.7700
Fax: 214.999.7787
bfoxman@velaw.com
bwallander@velaw.com

- and -

George R. Howard (admitted *pro hac vice*)
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel: 212.237.0000
Fax: 212.237.0100
ghoward@velaw.com

**PROPOSED ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION**

**CERTIFICATE OF SERVICE**

I certify that on October 15, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Bradley R. Foxman*
One of Counsel