Bradley R. Foxman (Texas Bar No. 24065243)
William L. Wallander (Texas Bar No. 20780750)
**VINSON & ELKINS LLP**
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: 214.220.7700
Fax: 214.999.7787
bfoxman@velaw.com
bwallander@velaw.com

George R. Howard (admitted *pro hac vice*)
**VINSON & ELKINS LLP**
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel: 212.237.0000
Fax: 212.237.0100
ghoward@velaw.com

**PROPOSED ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 26-80071 (SGJ)** |
| | § | |
| **AMERICAN HOSPITALITY** | § | **(Chapter 11)** |
| **PROPERTIES REIT, INC., *et al.*,** | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**NOTICE OF HEARING ON**
**DEBTORS' EMERGENCY MOTION FOR ENTRY OF**
**AN ORDER CONTINUING PROTECTIONS OF THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that a hearing (the "***Hearing***") has been scheduled on Monday, November 2, 2026 at 2:00 p.m. (Central Time) before the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "***Court***") regarding the relief requested in the following motion:

1. Emergency Motion for Entry of an Order (I) Continuing Protections of the Automatic Stay with Respect to Certain Non-Debtor Entities; and (II) Granting Related Relief [Docket No. 92].

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/AHPREIT. The location of the Debtors' corporate headquarters is: 14643 Dallas Parkway, Suite 970, Dallas, Texas 75254.

**PLEASE TAKE FURTHER NOTICE** that any parties who wish to participate in the Hearing may do so virtually via WebEx by visiting the WebEx hearing link on the Court's Hearing Dates and Calendar webpage at the following link: https://us-courts.webex.com/meet/jerniga. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1-650-479-3207. The meeting code is 2304 154 2638.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Chief Judge Jernigan's homepage: https://www.txnb.uscourts.gov/electronic-appearances-5. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion can be found on the docket of Case No. 26-80071 (SGJ) in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, and can be downloaded free of charge from the website of the Debtors' proposed claims and noticing agent, Omni Agent Solutions, Inc. ("***Omni***"), at https://omniagentsolutions.com/AHPREIT.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice other than an announcement of the adjourned date(s) in open court, at the Hearing, or by an appropriate filing with the Court, and a notice of such adjourned date(s) will be filed on the docket in these chapter 11 cases and available on the electronic case filing docket and on Omni's website at: https://omniagentsolutions.com/AHPREIT.

Dated: October 20, 2026
Dallas, Texas

*/s/ Bradley R. Foxman*
**VINSON & ELKINS LLP**
Bradley R. Foxman (Texas Bar No. 24065243)
William L. Wallander (Texas Bar No. 20780750)
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: 214.220.7700
Fax: 214.999.7787
bfoxman@velaw.com
bwallander@velaw.com

- and -

George R. Howard (admitted *pro hac vice*)
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel: 212.237.0000
Fax: 212.237.0100
ghoward@velaw.com

**PROPOSED ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION**

**CERTIFICATE OF SERVICE**

I certify that on October 20, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Bradley R. Foxman*
One of Counsel