Bradley R. Foxman (Texas Bar No. 24065243)
William L. Wallander (Texas Bar No. 20780750)
**VINSON & ELKINS LLP**
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: 214.220.7700
Fax: 214.999.7787
bfoxman@velaw.com
bwallander@velaw.com

George R. Howard (admitted *pro hac vice*)
**VINSON & ELKINS LLP**
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel: 212.237.0000
Fax: 212.237.0100
ghoward@velaw.com

**PROPOSED ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 26-80071 (SGJ)** |
| | § | |
| **AMERICAN HOSPITALITY** | § | **(Chapter 11)** |
| **PROPERTIES REIT, INC., *et al.*,** | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **(Emergency Hearing Requested)** |

# AMENDED AGENDA FOR EMERGENCY HEARING ON OCTOBER 29, 2026, AT 9:30 A.M. (CENTRAL TIME)

**PLEASE TAKE NOTICE** of the following matters set for emergency hearing on **October 29, 2026, at 9:30 a.m. (Central Time):**

1. **Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition and Postpetition Wages of Hotel Employees; (B) Continue their Prepetition Hotel Insurance Coverage; (C) Pay Other Hotel Expenses; and (II) Granting Related Relief [Dkt. No. 43];**

   Related Documents

   a. Declaration of Alan Tantleff in Support of Additional First Day Pleadings [Dkt. No. 53];

   b. Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition and Postpetition Wages of Hotel Employees; (B) Continue Their Prepetition Hotel Insurance Coverage; (C) Pay Other Hotel Expenses; and (II) Granting Related Relief [Dkt. No. 62];

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/AHPREIT. The location of the Debtors' corporate headquarters is: 14643 Dallas Parkway, Suite 970, Dallas, Texas 75254.

c. Declaration of Alan Tantleff in Support of (I) Final Relief Requested in the Debtors' Additional First Day Motions; and (II) Supplemental First Day Motions [Dkt. No. 111];

d. Final Order (I) Authorizing the Debtors to (A) Pay Prepetition and Postpetition Wages of Hotel Employees; (B) Continue Their Prepetition Hotel Insurance Coverage; (C) Pay Other Hotel Expenses; and (II) Granting Related Relief [Dkt. No. 112, Exhibit A];

e. Debtors' Amended Witness and Exhibit List for October 29, 2026 Hearing [Dkt. No. 113].

Status: Going forward on October 29, 2026, at 9:30 a.m. (Central Time).

**2. Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Engage in Intercompany Transactions, and (II) Granting Related Relief [Dkt. No. 44];**

Related Documents

a. Declaration of Alan Tantleff in Support of Additional First Day Pleadings [Dkt. No. 53];

b. Second Interim Order (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System and Maintain Existing Bank Accounts and (B) Engage in Intercompany Transactions, and (II) Granting Related Relief [Dkt. No. 112, Exhibit C];

c. Debtors' Amended Witness and Exhibit List for October 29, 2026 Hearing [Dkt. No. 113].

Status: Going forward on October 29, 2026, at 9:30 a.m. (Central Time).

**3. Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III), Scheduling a Final Hearing on the Motion, and (IV) Granting Related Relief [Dkt. No. 45];**

Related Documents

a. Declaration of Alan Tantleff in Support of Additional First Day Pleadings [Dkt. No. 53];

b. Argentic's Objection to Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing on the Motion, and (IV) Granting Related Relief [Dkt. No. 99];

c. Wells Fargo Bank, National Association, as Trustee for the Benefit of the Registered Holders of UBS Commercial Mortgage Trust 2018-C13, Commercial Mortgage Pass-through Certificates, Series 2018-C13's Limited Objection and Reservation of Rights to the Debtors' Emergency Motion for Use of Cash Collateral [Dkt. No. 105];

d. Supplemental Limited Objection of Spirit Realty, LP to Debtors' Emergency Motion for Entry of a Final Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, and (III) Granting Related Relief [Dkt. No. 106];

e. Declaration of Alan Tantleff in Support of (I) Final Relief Requested in the Debtors' Additional First Day Motions; and (II) Supplemental First Day Motions [Dkt. No. 111];

f. Debtors' Amended Witness and Exhibit List for October 29, 2026 Hearing [Dkt. No. 113];

g. Second Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing on the Motion, and (IV) Granting Related Relief [Dkt. No. 116, Exhibit A].

Status: Contested. Going forward on October 29, 2026, at 9:30 a.m. (Central Time).

4. **Emergency Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance Payments for Future Utility Services; (II) Prohibiting Utility Companies from Altering, Discontinuing, or Refusing Services; (III) Approving the Debtors' Proposed Procedures for Resolving Additional Adequate Assurance Requests; and (IV) Granting Related Relief [Dkt. No. 93];**

Related Documents

a. Declaration of Alan Tantleff in Support of (I) Final Relief Requested in the Debtors' Additional First Day Motions; and (II) Supplemental First Day Motions [Dkt. No. 111];

b. Debtors' Amended Witness and Exhibit List for October 29, 2026 Hearing [Dkt. No. 113].

Status: Going forward on October 29, 2026, at 9:30 a.m. (Central Time).

5. **Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Taxes and Fees and (II) Granting Related Relief [Dkt. No. 100];**

Related Documents

a. Declaration of Alan Tantleff in Support of (I) Final Relief Requested in the Debtors' Additional First Day Motions; and (II) Supplemental First Day Motions [Dkt. No. 111];

b. Debtors' Amended Witness and Exhibit List for October 29, 2026 Hearing [Dkt. No. 113].

Status: Going forward on October 29, 2026, at 9:30 a.m. (Central Time).

[*Remainder of Page Intentionally Left Blank*]

Dated: October 28, 2026
Dallas, Texas

*/s/ Bradley R. Foxman*
**VINSON & ELKINS LLP**
Bradley R. Foxman (Texas Bar No. 24065243)
William L. Wallander (Texas Bar No. 20780750)
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: 214.220.7700
Fax: 214.999.7787
bfoxman@velaw.com
bwallander@velaw.com

- and -

George R. Howard (admitted *pro hac vice*)
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel: 212.237.0000
Fax: 212.237.0100
ghoward@velaw.com

**PROPOSED ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION**

**CERTIFICATE OF SERVICE**

I certify that on October 28, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Bradley R. Foxman*
One of Counsel