Keith M. Aurzada (24009880)
Michael P. Cooley (24034388)
Dylan T.F. Ross (24104435)
**REED SMITH LLP**
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
Phone: 469.680.4200
Fax: 469.680.4299
kaurzada@reedsmith.com
mpcooley@reedsmith.com
dylan.ross@reedsmith.com

*Attorneys for Argentic Services Company LP (as successor-in-interest to LNR Partners LLC), in its capacity as Special Servicer*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| American Hospitality Properties REIT, *et al.*,[1] | § | Case No. 26-80071 (SGJ) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing on *Argentic Services Company LP's Emergency Motion to Dismiss Chapter 11 Cases* [Docket No. 103] in the above-referenced case will be held on **November 24, 2026 at 9:30 a.m. (Central Time)** both in person and by WebEx before the Honorable Stacey G.C. Jernigan, Chief United States Bankruptcy Judge for the Northern District of Texas, Dallas Division, Room 1428, U.S. Courthouse, 1100 Commerce Street, Room 1421, Dallas, TX 75242-1496.

**For WebEx Video Participation/Attendance**:

**Link**: https://us-courts.webex.com/meet/jerniga

[1] The Debtors in these Chapter 11 cases and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/AHPREIT. The location of the Debtors' corporate headquarters is: 14643 Dallas Parkway, Suite 970, Dallas, Texas 75254.

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207

Access Code: 2304 154 2638

WebEx Hearing Instructions may be obtained from Judge Jernigan's hearing/calendar site: Chief Judge Jernigan's hearing dates | Northern District of Texas | United States Bankruptcy Court

**PLEASE FURTHER NOTICE** that hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Chief Judge Jernigan's homepage: https://www.txnb.uscourts.gov/electronic-appearances-5. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

Dated: October 30, 2026

Respectfully submitted,

**REED SMITH LLP**

By: /s/ *Michael P. Cooley*
Keith M. Aurzada (SBN 24009880)
Michael P. Cooley (SBN 24034388)
Dylan T.F. Ross (SBN 24104435)
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
Telephone: (469) 680 4200
Facsimile: (469) 680 4299
kaurzada@reedsmith.com
mpcooley@reedsmith.com
dylan.ross@reedsmith.com

*Attorneys for Argentic Services Company LP (as successor-in-interest to LNR Partners LLC), in its capacity as Special Servicer*

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on October 30, 2026, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing (ECF) System upon all parties registered to receive electronic notices in this case.

*/s/ Michael P. Cooley*
Michael P. Cooley