BTXN 208 (rev. 04/26)

IN RE: American Hospitality Properties REIT, Inc.

DEBTOR

***COURT ADMITTED EXHIBITS***

Case # 26−80071−sgj11

November 2, 2026
***HEARING DATE***

Stacey G Jernigan
***JUDGE PRESIDING***

Motion for Entry of an Order (I) Continuing Protections of the Automatic Stay with Respect to Certain Non−Debtor Entities; and (II) Granting Related Relief filed by Debtor American Hospitality Properties REIT, Inc. doc #92
***HEARING TYPE***

Michael Edmond
***REPORTED BY***

| MOVANT/RESPONDENT | ATTORNEY INFORMATION | EXHIBITS |
|---|---|---|
| American Hospitality Properties REIT, Inc. | Bradley R. Foxman | Exhibit #4 − Declaration of Alan Tantleff in Support of Emergency Motion for Entry of an Order Continuing Protection of the Auto Stay |
| American Hospitality Properties REIT, Inc. | Bradley R. Foxman | Exhibit #5 − Loan Agreement, dated August 16, 2018, by and among AHP Ft. Wayne Inn, LLC, AHP Ft. Wayne Suites, LLC, and Societe Generale |
| American Hospitality Properties REIT, Inc. | Bradley R. Foxman | Exhibit #6 − Guaranty of Recourse Obligations made by American Hospitality Properties Fund III, LLC and William L. Nelson in favor of Societe Generale, dated as of August 16, 2018 |
| American Hospitality Properties REIT, Inc. | Bradley R. Foxman | Exhibit #7 − Sale−Purchase Agreement among AHP PHX USB 3 LLC and AIP CB IV LTD and American Hospitality Properties REIT, Inc., dated May 31, 2023 |
| American Hospitality Properties REIT, Inc. | Bradley R. Foxman | Exhibit #8 − Assignment and Assumption of Sale−Purchase Agreement between American Hospitality Properties REIT, Inc., and William L. Nelson, dated June 1, 2023 |
| American Hospitality Properties REIT, Inc. | Bradley R. Foxman | Exhibit #9 − Assignment of Certain Economic Interests, dated as of March 31, 2025 |
| American Hospitality Properties REIT, Inc. | Bradley R. Foxman | Exhibit #10 − Exchangeable Promissory Note Agreement, dated December 19, 2025 |
| American Hospitality Properties REIT, Inc. | Bradley R. Foxman | Exhibit #11 − Certificates of Merger of a Domestic Limited |

Liability Company into a
Domestic Corporation