CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 9, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 26-80071 (SGJ)** |
| | § | |
| **AMERICAN HOSPITALITY PROPERTIES REIT, INC., *et al.*,** | § | **(Chapter 11)** |
| | § | |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | **Re: Dkt. No. 63** |

**STIPULATION AND AGREED ORDER**
**EXTENDING TIME TO FILE SCHEDULES AND STATEMENTS**

This stipulation and agreed order is entered into by and among (i) American Hospitality Properties REIT, Inc. and its affiliated debtors and debtors in possession (collectively, the "***Debtors***") and (ii) the United States Trustee for Region 6 ("***U.S. Trustee***," and together with the Debtors, the "***Parties***").

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/AHPREIT. The location of the Debtors' corporate headquarters is: 14643 Dallas Parkway, Suite 970, Dallas, Texas 75254.

## RECITALS

A. WHEREAS, on October 13, 2026, the Court entered the *Order (I) Extending the Deadline to File (A) Schedules of Assets and Liabilities, (B) Statements of Financial Affairs, (C) Schedules of Current Income and Expenditures, and (D) Statements of Executory Contracts and Unexpired Leases; and (II) Granting Related Relief* [Dkt No. 63], which established November 5, 2026 as the deadline for the Debtors to file their schedules of assets and liabilities, schedules of current income and expenditures, schedules of executory contracts and unexpired leases, and statements of financial affairs (collectively, the "***Schedules and Statements***").

B. WHEREAS, the Debtors have requested a further extension of the deadline to file the Schedules and Statements.

C. WHEREAS, on November 3, 2026, the Parties agreed to further extend the deadline to file the Schedules and Statements to November 10, 2026.

## STIPULATION

**NOW, THEREFORE,** the Parties stipulate and agree as follows:

1. The deadline to file Schedules and Statements is extended to **November 10, 2026**.

2. The entry of this Order shall be without prejudice to the Debtors' right to seek further extensions of time within which to file the Schedules and Statements.

3. The Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this agreed order.

**# # # END OF ORDER # # #**

**AGREED AS TO FORM AND SUBSTANCE:**

**LISA L. LAMBERT**
**UNITED STATES TRUSTEE**

*/s/ Elizabeth Ziegler Young*
Elizabeth Ziegler Young
Assistant United States Trustee
Texas State Bar No. 24086345 (Also NY)
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
Tel: (214) 767-1247
elizabeth.a.young@usdoj.gov

**VINSON & ELKINS LLP**

*/s/ Bradley R. Foxman*

Bradley R. Foxman (Texas Bar No. 24065243)
William L. Wallander (Texas Bar No. 20780750)
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: 214.220.7700
Fax: 214.999.7787
bfoxman@velaw.com
bwallander@velaw.com

- and -

George R. Howard (admitted *pro hac vice*)
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel: 212.237.0000
Fax: 212.237.0100
ghoward@velaw.com

**PROPOSED ATTORNEYS FOR**
**THE DEBTORS AND DEBTORS IN POSSESSION**